**JERRY BAYNE, INC. v. SKYLAND INDUSTRIES, INC.**

[333 N.C. 783 (1993)]

JERRY BAYNE, INC. v. SKYLAND INDUSTRIES, INC., AND S. WADE HALL, SAUNDRA D. HALL, A/K/A TOUR-O-TEL OF ASHEVILLE, INC.

No. 18A93

(Filed 4 June 1993)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 108 N.C. App. 209, 423 S.E.2d 521 (1992), affirming the judgment of Allen (C. Walter), J., at the 16 July 1991 Civil Session of Superior Court, Henderson County. Heard in the Supreme Court on 11 May 1993.

*Safran Law Offices, by Perry R. Safran and Jonathan P. Carr, for the plaintiff-appellant.*

*Roberts, Stevens & Cogburn, P.A., by Allan P. Root, for the defendant-appellee.*

PER CURIAM.

AFFIRMED.